# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOANNA ARAGON RAZO,<br><br>Defendant. | Case No.: 17-CR-1687-WQH<br><br>**ORDER AND JUDGMENT** |

Upon Application of the United States Attorney (ECF No. 171), and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case be dismissed without prejudice as to Defendant JOANNA ARAGON RAZO.

Dated: February 12, 2020

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court